UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| LILLIAN TAMAYO, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:15-cv-01963-RCJ-NJK |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| SAMSONITE COMPANY STORES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

On February 16, 2016, the Court issued an order to show cause. Docket No. 18. That order was issued in error, and is hereby vacated.

IT IS SO ORDERED.

DATED: February 16, 2016.

NANCY J. KOPPE
United States Magistrate Judge