F. THOMAS EDWARDS, ESQ.
Nevada Bar No. 9549
E-mail: tedwards@nevadafirm.com
SEAN E. STORY
Nevada Bar No. 13968
E-mail: sstory@nevadafirm.com
HOLLEY DRIGGS WALCH
FINE WRAY PUZEY & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:    702/791-0308
Facsimile:    702/791-1912

*Attorneys for Defendant SAMSONITE COMPANY STORES, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LILLIAN TAMAYO, an individual,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SAMSONITE COMPANY STORES, LLC; EMPLOYEE(S)/AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20, inclusive,<br><br>　　　　　　Defendants. | CASE NO.: 2:15-cv-01963-RCJ-NJK |

## STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

Plaintiff Lillian Tamayo and Defendant Samsonite Company Stores, LLC, by and through their undersigned counsel, hereby stipulate that Plaintiff voluntarily dismisses with

///

///

///

///

///

///

///

///

11052-01/1661511.doc                                  - 1 -

prejudice all claims asserted or that could have been asserted in this action, with each party to bear their own attorney's fees and costs incurred herein.

Dated this 16th day of March, 2016               Dated this 15th day of March, 2016.

| HOLLEY, DRIGGS, WALCH, FINE, WRAY, PUZEY & THOMPSON | GABROY LAW OFFICES |
|---|---|
| F. THOMAS EDWARDS, ESQ.<br>Nevada Bar No. 9549<br>SEAN E. STORY, ESQ.<br>Nevada Bar No. 13968<br>400 South Fourth Street, Third Floor<br>Las Vegas, Nevada 89101 | CHRISTIAN GABROY, ESQ.<br>Nevada Bar No. 8805<br>IVY HENSEL, ESQ.<br>Nevada Bar No. 13502<br>170 South Green Valley Parkway, Suite 280<br>Henderson, Nevada 89012 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED __March 18, 2016_____